# MEMORANDUM DECISIONS

Lewis-McKinnon Company, a Corporation, Plaintiff in Error, v. Louisville & Nashville Railroad Company, a Corporation, Defendant in Error.

(Supreme Court of Florida, *En Banc,* January 18, 1909.)

Writ of error to Circuit Court, Jackson county; J. Emmet Wolfe, Judge.

D. L. McKinnon, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. Writ of error dismissed on praecipe of counsel for plaintiff in error.